IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **ELIZABETH LITTLE,** ) | |
| Plaintiff, ) | |
| ) | No. 3:12-CV-0689 |
| **V.** ) | **JURY DEMAND** |
| ) | Judge Todd J. Campbell |
| **ELLIS MOVING & STORAGE, LLC,** ) | Magistrate Judge John S. Bryant |
| Defendant. ) | |

<u>ORDER:</u>
Motion granted. Initial case management conference RESCHEDULED to September 17, 2012, at 10:30 a.m.

*s/ John S. Bryant*
U.S. Magistrate Judge

## MOTION TO POSTPONE THE INITIAL CASE MANAGEMENT CONFERENCE DUE TO CONFLICT

Comes now the Defendant Ellis Moving & Storage, LLC, by and through its counsel, and respectfully requests that this court postpone the initial case management conference until the September 17, 2012, the afternoon of September 18, 2012, or September 20, 2012 because defense counsel has depositions in Houston, Texas from September 10 through September 13, 2012. These depositions were scheduled and travel arrangements were made before this counsel knew of this initial case management conference.

Respectfully submitted,

**/s/ Mark T. Freeman, Esq.**
**Mark T. Freeman, Esq. (#16098)**
9 Music Square West
Nashville, Tennessee 37203
freemanlaw@comcast.net
office 615-352-8447; fax 615-352-7884