IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ELIZABETH A. LITTLE )
)
v. ) NO. 3-12-0689
) JUDGE CAMPBELL
ELLIS MOVING AND STORAGE, LLC )

ORDER

Pending before the Court is Defendant's Motion to Dismiss Three Counts in Plaintiff's Complaint (Docket No. 10). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiff's Title VII claims are DISMISSED.

The parties shall file briefs, by September 28, 2012, as to whether Plaintiff's ADEA claim should be dismissed for lack of jurisdiction in light of the required number of employees pursuant to 29 U.S.C. § 630(b).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE