IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ELIZABETH A. LITTLE )
)
v. ) NO. 3-12-0689
) JUDGE CAMPBELL
ELLIS MOVING AND STORAGE, LLC )

ORDER

In light of the Joint Stipulation filed by the parties (Docket No.25), Plaintiff's claims under the Age Discrimination in Employment Act are DISMISSED. Having dismissed all federal claims, the Court, pursuant to 28 U.S.C. § 1367(c)(3), declines to exercise supplemental jurisdiction over Plaintiff's state law (Tennessee Human Rights Act and common law retaliation) claims, and those claims are dismissed without prejudice.

The Clerk is directed to close the file, and any pending Motions are denied as moot. The pretrial conference set for October 7, 2013, and the jury trial set for October 15, 2013, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE